UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

              -against-

QURAN DENT-CHAPMAN,

                   Defendant.

------------------------------------------------------------X

**MEMORANDUM**

24 Cr. 236 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the April 16, 2024, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: July 17, 2024
       White Plains, New York

                                 Respectfully submitted,

                                   _____
                                   ANDREW E. KRAUSE
                                   United States Magistrate Judge

July 17, 2024

This transcript represents my Report and Recommendation to the Honorable

Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge